| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter __**11**__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | | |
| --- | --- | --- | --- |
| 1. | **Debtor's name** | **Lackner Rodriguez Enterprises, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | _4_ _5_ – _2_ _6_ _5_ _2_ _2_ _3_ _7_ | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| **3747 Magali Circle** | |
| Number    Street | Number    Street |
| | P.O. Box |
| **Brownsville**          **TX**    **78521** | |
| City                State   ZIP Code | City                State   ZIP Code |
| **Cameron** | **Location of principal assets, if different from principal place of business** |
| County | |
| | **6820 California Rd** |
| | Number    Street |
| | **Brownsville**          **TX**    **78521** |
| | City                State   ZIP Code |

5. **Debtor's website (URL)**   _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Lackner Rodriguez Enterprises, LLC** _____   Case number (if known) _____

**7.   Describe debtor's business**

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

__4__  __8__  __4__  __1__

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.   *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____  When _____  Case number _____
                                                                                                                MM / DD / YYYY

         District _____  When _____  Case number _____
                                                                                                                MM / DD / YYYY

         District _____  When _____  Case number _____
                                                                                                                MM / DD / YYYY

11/06/2019 01:53:24pm

Debtor **Lackner Rodriguez Enterprises, LLC**                                    Case number (if known) _____

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☑ No |
| | | ☐ Yes. Debtor _____ Relationship _____ |
| | List all cases. If more than 1, attach a separate list. | District _____ When _____ MM / DD / YYYY |
| | | Case number, if known _____ |
| | | Debtor _____ Relationship _____ |
| | | District _____ When _____ MM / DD / YYYY |
| | | Case number, if known _____ |

**11. Why is the case filed in** *this district?*

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**          *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number          Street

_____

_____          _____          _____
City                                       State            ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**▰ Statistical and adminstrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor  **Lackner Rodriguez Enterprises, LLC** _____ Case number (if known) _____

| 14. Estimated number of creditors | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|
| | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |

| 15. Estimated assets | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/06/2019**
MM / DD / YYYY

X **/s/ Ulises O Lackner** _____  **Ulises O Lackner** _____
Signature of authorized representative of debtor   Printed name

Title **Managing Member** _____

**18. Signature of attorney**

X **/s/ Enrique J. Solana** _____ Date **11/06/2019** _____
Signature of attorney for debtor   MM / DD / YYYY

**Enrique J. Solana** _____
Printed name

**Law Office of Enrique J Solana** _____
Firm name

**914 E. Van Buren St** _____
Number          Street

_____

**Brownsville** _____  **TX**  **78520** _____
City   State   ZIP Code

**(956) 544-2345** _____  **enrique@solanapllc.com** _____
Contact phone   Email address

**24066114** _____  **TX** _____
Bar number   State

<table>
<tr><td colspan="2" style="background-color:black;color:white"><strong>Fill in this information to identify the case</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Lackner Rodriguez Enterprises, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

<table><tr><td style="background-color:black;color:white"><strong>Part 1:</strong></td><td style="background-color:black;color:white"><strong>Cash and cash equivalents</strong></td></tr></table>

1.  **Does the debtor have any cash or cash equivalents?**

    ☐ No.  Go to Part 2.
    ☑ Yes.  Fill in the information below.

    **All cash or cash equivalents owned or controlled by the debtor**                      **Current value of debtor's interest**

2.  **Cash on hand**                                                                        _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **International Bank of Commerce Checking account** | **Checking account** | **4  1  8  6** | **$15,000.00** |

4.  **Other cash equivalents**     *(Identify all)*

    Name of institution (bank or brokerage firm)

5.  **Total of Part 1**                                                                     | **$15,000.00** |
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

<table><tr><td style="background-color:black;color:white"><strong>Part 2:</strong></td><td style="background-color:black;color:white"><strong>Deposits and prepayments</strong></td></tr></table>

6.  **Does the debtor have any deposits or prepayments?**

    ☑ No.  Go to Part 3.
    ☐ Yes.  Fill in the information below.

Debtor __**Lackner Rodriguez Enterprises, LLC**_____   Case number (if known) _____
         Name

**Current value of
debtor's interest**

7.  **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

9.  **Total of Part 2.**
    Add lines 7 through 8.  Copy the total to line 81.

| $0.00 |
|---|

| **Part 3:** | **Accounts receivable** |
|---|---|

10.  **Does the debtor have any accounts receivable?**

    ☑ No.  Go to Part 4.
    ☐ Yes.  Fill in the information below.

**Current value of
debtor's interest**

11.  **Accounts receivable**

11a.  90 days old or less:   _____  –  _____  =  ........ ➔   _____
                        face amount                  doubtful or uncollectible accounts

11b.  Over 90 days old:   _____  –  _____  =  ........ ➔   _____
                        face amount                  doubtful or uncollectible accounts

12.  **Total of Part 3**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $0.00 |
|---|

| **Part 4:** | **Investments** |
|---|---|

13.  **Does the debtor own any investments?**

    ☑ No.  Go to Part 5.
    ☐ Yes.  Fill in the information below.

| | **Valuation method
used for current value** | **Current value of
debtor's interest** |
|---|---|---|

14.  **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

15.  **Non-publicly traded stock and interests in incorporated and unincorporated
businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                  % of ownership:

16.  **Government bonds, corporate bonds, and other negotiable and
non-negotiable instruments not included in Part 1**

    Describe:

17.  **Total of Part 4**
    Add lines 14 through 16.  Copy the total to line 83.

| $0.00 |
|---|

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No.  Go to Part 6.
    ☐ Yes.  Fill in the information below.

Debtor    **Lackner Rodriguez Enterprises, LLC**
          Name _____     Case number (if known) _____

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
     ☐ No
     ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

Debtor   **Lackner Rodriguez Enterprises, LLC**                                    Case number (if known) _____
         Name

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **Office furniture**

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

| | | | |
|---|---|---|---|
| **5 laptop computers $2,250** | | | |
| **5 desktop computer $1,750** | | | |
| **2 printers $240** | | | |
| **7 desks $350** | | | |
| **7 chairs $140** | | | |
| **4 filing cabinets $200** | | | |
| **camera system $200** | | | |
| **refrigerator $200** | | | |
| **microwave $75** | | Debtor's Opinion of Valu | **$5,405.00** |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.                                    | **$5,405.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1. **2012 Utility Reefer Trailer Vin: X5918: $10,000** | | | |
| **2012 Utility Reefer Trailer Vin: X5913: $10,000** | | | |
| **2012 Utility Reefer Trailer Vin: X5931: $10,000** | | | |
| **2012 Utility Reefer Trailer Vin: X5915: $10,000** | | | |
| **2013 Utility Reefer Trailer Vin: X2408: $10,000** | | Debtor's Opinion of Valu | **$50,000.00** |

Debtor    <u>**Lackner Rodriguez Enterprises, LLC**</u>        Case number (if known) _____
            Name

| | | | |
|---|---|---|---|
| 47.2. | **2016 International Prostar Tractor Vin: X0812: $30,000** | | |
| | **2016 International Prostar Tractor Vin: X0813: $30,000** | Debtor's Opinion of Valu | **$60,000.00** |
| 47.3. | **2018 International LT62F Tractor Vin: X8548: $70,000** | | |
| | **2018 International LT62F Tractor Vin: X8549: $70,000** | Debtor's Opinion of Valu | **$140,000.00** |
| 47.4. | **2018 Kenworth T680 Tractor Vin: X9950: $90,000** | | |
| | **2018 Kenworth T680 Tractor Vin: X9948: $90,000** | Debtor's Opinion of Valu | **$180,000.00** |
| 47.5. | **2018 Volvo VNL Tractor Vin: X7743: $80,000** | | |
| | **2018 Volvo VNL Tractor Vin: X7745: $80,000** | Debtor's Opinion of Valu | **$160,000.00** |
| 47.6. | **2019 Kenworth T680 Tractor Vin: X0194: $110,000** | Debtor's Opinion of Valu | **$110,000.00** |
| 47.7. | **2013 Great Dane Trailer Vin: X9577: $11,500** | | |
| | **2013 Great Dane Trailer Vin: X9578: $11,500** | | |
| | **2013 Great Dane Trailer Vin: X9579: $11,500** | | |
| | **2013 Great Dane Trailer Vin: X9580: $11,500** | | |
| | **2013 Great Dane Trailer Vin: X9581: $11,500** | | |
| | **2013 Great Dane Trailer Vin: X9582: $11,500** | | |
| | **2013 Great Dane Trailer Vin: X9583: $11,500** | | |
| | **2013 Great Dane Trailer Vin: X9584: $11,500** | | |
| | **2013 Great Dane Trailer Vin: X9585: $11,500** | | |
| | **2013 Great Dane Trailer Vin: X9586: $11,500** | | |
| | **2013 Great Dane Trailer Vin: X9587: $11,500** | | |
| | **2013 Great Dane Trailer Vin: X9588: $11,500** | | |
| | **2013 Great Dane Trailer Vin: X9607: $11,500** | | |
| | **2013 Great Dane Trailer Vin: X9608: $11,500** | | |
| | **2013 Great Dane Trailer Vin: X9609: $11,500** | | |
| | **2013 Great Dane Trailer Vin: X9610: $11,500** | | |
| | **2013 Great Dane Trailer Vin: X9611: $11,500** | | |
| | **2013 Great Dane Trailer Vin: X9612: $11,500** | | |
| | **2013 Great Dane Trailer Vin: X9613: $11,500** | | |
| | **2013 Great Dane Trailer Vin: X9614: $11,500** | Debtor's Opinion of Valu | **$230,000.00** |
| 47.8. | **2007 FRHT Tractor Vin: X1278: $13,000** | | |
| | **2007 FRHT Tractor Vin: X3526: $13,000** | | |
| | **2006 PTRB Tractor Vin: X2869 $13,000** | | |
| | **2007 FRHT Tractor Vin: X3519: $13,000** | | |
| | **2007 FRHT Tractor Vin: X1505: $13,000** | | |
| | **2019 Utility Trailer Vin: X0124: $25,000** | | |
| | **2019 Utility Trailer Vin: X0125: $25,000** | | |
| | **2019 Utility Trailer Vin: X0126: $25,000** | | |
| | **2019 Utility Trailer Vin: X0127: $25,000** | | |
| | **2019 Utility Trailer Vin: X0128: $25,000** | | |
| | **2019 Utility Trailer Vin: X0129: $25,000** | | |
| | **2019 Utility Trailer Vin: X0130: $25,000** | | |
| | **2019 Utility Trailer Vin: X0131: $25,000** | | |
| | **2019 Utility Trailer Vin: X0132: $25,000** | | |
| | **2019 Utility Trailer Vin: X0133: $25,000** | Debtor's Opinion of Valu | **$315,000.00** |
| 47.9. | **2004 Stoughton Trailer Vin: X1214: $6,000** | Debtor's Opinion of Valu | **$6,000.00** |
| 47.10. | **2007 Mana Trailer Vin: X4738: $7,000** | Debtor's Opinion of Valu | **$7,000.00** |

| Debtor | **Lackner Rodriguez Enterprises, LLC** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 47.11. | 2019 Kenworth T680 Tractor Vin: X2207: $110,000 | | | |
| | 2019 Kenworth T680 Tractor Vin: X2208: $110,000 | | | |
| | 2019 Kenworth T680 Tractor Vin: X1247: $110,000 | | | |
| | 2019 Kenworth T680 Tractor Vin: X1248: $110,000 | | | |
| | 2019 Kenworth T680 Tractor Vin: X1249: $110,000 | | Debtor's Opinion of Valu | $550,000.00 |
| 47.12. | 2019 Kenworth T680 Tractor Vin: X0192: $110,000 | | | |
| | 2019 Kenworth T680 Tractor Vin: X0193: $110,000 | | Debtor's Opinion of Valu | $220,000.00 |
| 47.13. | 2019 Kenworth T680 Tractor Vin: X1053: $110,000 | | Debtor's Opinion of Valu | $110,000.00 |
| 47.14. | 2019 Kenworth T680 Tractor Vin: X3587: $110,000 | | Debtor's Opinion of Valu | $110,000.00 |
| 47.15. | 2019 Kenworth T680 Tractor Vin: X0558: $110,000 | | | |
| | 2019 Kenworth T680 Tractor Vin: X0559: $110,000 | | | |
| | 2019 Kenworth T680 Tractor Vin: X0561: $110,000 | | | |
| | 2019 Kenworth T680 Tractor Vin: X0562: $110,000 | | | |
| | 2019 Kenworth T680 Tractor Vin: X0563: $110,000 | | Debtor's Opinion of Valu | $550,000.00 |
| 47.16. | 2019 Kenworth T680 Tractor Vin: X0546: $110,000 | | | |
| | 2019 Kenworth T680 Tractor Vin: X0551: $110,000 | | | |
| | 2019 Kenworth T680 Tractor Vin: X0553: $110,000 | | | |
| | 2019 Kenworth T680 Tractor Vin: X0556: $110,000 | | | |
| | 2019 Kenworth T680 Tractor Vin: X0557: $110,000 | | Debtor's Opinion of Valu | $550,000.00 |
| 47.17. | 2011 Utility Reefer Trailer Vin: X3201: $9,500 | | Debtor's Opinion of Valu | $9,500.00 |
| 47.18. | 2008 Utility Dry Van Trailer Vin: X5919: $8,000 | | | |
| | 2008 Great Dane Dry Van Trailer Vin: X5776: $8,000 | | | |
| | 2008 Great Dane Dry Van Trailer Vin: X6018: $8,000 | | | |
| | 2008 Great Dane Dry Van Trailer Vin: X5763: $8,000 | | | |
| | 2008 Great Dane Dry Van Trailer Vin: X5760: $8,000 | | | |
| | 2009 Wabash Dry Van Trailer Vin: X5020: $8,500 | | | |
| | 2009 Wabash Dry Van Trailer Vin: X7686: $8,500 | | | |
| | 2009 Wabash Dry Van Trailer Vin: X9677: $8,500 | | | |
| | 2009 Wabash Dry Van Trailer Vin: X7700: $8,500 | | | |
| | 2009 Wabash Dry Van Trailer Vin: X5067: $8,500 | | | |
| | 2009 Wabash Dry Van Trailer Vin: X7763: $8,500 | | Debtor's Opinion of Valu | $91,000.00 |

Debtor   __Lackner Rodriguez Enterprises, LLC_____   Case number (if known) _____
                    Name

| | | |
|---|---|---|
| 47.19. **2020 Great Dane Dry Van Trailer Vin: X1049: $27,000** | | |
| **2020 Great Dane Dry Van Trailer Vin: X1050: $27,000** | **Debtor's Opinion of Valu** | **$54,000.00** |
| 47.20. **2020 Great Dane Dry Van Trailer Vin: X1052: $27,000** | | |
| **2020 Great Dane Dry Van Trailer Vin: X1058: $27,000** | **Debtor's Opinion of Valu** | **$54,000.00** |
| 47.21. **2020 Great Dane Dry Van Trailer Vin: X1047: $27,000** | | |
| **2020 Great Dane Dry Van Trailer Vin: X1048: $27,000** | **Debtor's Opinion of Valu** | **$54,000.00** |
| 47.22. **2020 Great Dane Dry Van Trailer Vin: X1051: $27,000** | | |
| **2020 Great Dane Dry Van Trailer Vin: X1053: $27,000** | **Debtor's Opinion of Valu** | **$54,000.00** |
| 47.23. **2020 Great Dane Dry Van Trailer Vin: X1054: $27,000** | | |
| **2020 Great Dane Dry Van Trailer Vin: X1055: $27,000** | **Debtor's Opinion of Valu** | **$54,000.00** |
| 47.24. **2020 Great Dane Dry Van Trailer Vin: X1056: $27,000** | | |
| **2020 Great Dane Dry Van Trailer Vin: X1059: $27,000** | **Debtor's Opinion of Valu** | **$54,000.00** |
| 47.25. **2020 Great Dane Dry Van Trailer Vin: X1060: $27,000** | | |
| **2020 Great Dane Dry Van Trailer Vin: X1061: $27,000** | **Debtor's Opinion of Valu** | **$54,000.00** |
| 47.26. **2020 Great Dane Dry Van Trailer Vin: X1062: $27,000** | | |
| **2020 Great Dane Dry Van Trailer Vin: X1063: $27,000** | **Debtor's Opinion of Valu** | **$54,000.00** |
| 47.27. **2020 Great Dane Dry Van Trailer Vin: X1064: $27,000** | | |
| **2020 Great Dane Dry Van Trailer Vin: X1065: $27,000** | **Debtor's Opinion of Valu** | **$54,000.00** |
| 47.28. **2004 Utility Trailer Vin: X2902: $6,000** **2006 VA Trailer Vin: X2201: $6,500** **2007 Wabash Trailer Vin: X0264: $7,500** **2007 Wabash Trailer Vin: X0478: $7,500** **2007 Utility Trailer Vin: X7958: $7,500** **2009 Utility Trailer Vin: X8146: $8,000** **2009 Utility Trailer Vin: X8182: $8,000** **2010 Utility Trailer Vin: X0013: $9,000** **2011 Utility Trailer Vin: X5747: $9,500** **2007 Utility Trailer Vin: X7106: $7,500** **2007 Luf Trailer Vin: X4291: $7,000** **2007 Luf Trailer Vin: X3934: $7,000** **2007 Luf Trailer Vin: X4308: $7,000** **2008 Great Dane Trailer Vin: X1097: $7,500** **2007 Luf Trailer Vin: X5009: $7,000** **2008 Great Dane Dry Van Trailer Vin: X5760: $7,500** **2009 Wabash Dry Van Trailer Vin: X5020: $8,000** | **Debtor's Opinion of Valu** | **$128,000.00** |

| Debtor | **Lackner Rodriguez Enterprises, LLC** | | Case number (if known) | |
|--------|-----------------|---|---|---|
| | Name | | | |

| | | | | |
|--------|-----------------------------------|---|---|---|
| 47.29. | **2018 Volvo Tractor Vin: X9468: $80,000**<br>**2018 Volvo Tractor Vin: X9469: $80,000** | | **Debtor's Opinion of Valu** | **$160,000.00** |
| 47.30. | **2018 Volvo Tractor Vin: X9414: $80,000**<br>**2018 Volvo Tractor Vin: X9415: $80,000** | | **Debtor's Opinion of Valu** | **$160,000.00** |
| 47.31. | **2018 Kenworth T680 Tractor Vin: X3584: $90,000**<br>**2018 Kenworth T680 Tractor Vin: X3585: $90,000** | | **Debtor's Opinion of Valu** | **$180,000.00** |
| 47.32. | **2012 Wabash Dry Van Trailer Vin: X3851: $11,000**<br>**2012 Wabash Dry Van Trailer Vin: X3852: $11,000**<br>**2012 Wabash Dry Van Trailer Vin: X6496: $11,000**<br>**2012 Wabash Dry Van Trailer Vin: X3740: $11,000**<br>**2012 Wabash Dry Van Trailer Vin: X3744: $11,000**<br>**2012 Wabash Dry Van Trailer Vin: X4002: $11,000**<br>**2012 Wabash Dry Van Trailer Vin: X6498: $11,000**<br>**2012 Wabash Dry Van Trailer Vin: X4003: $11,000**<br>**2013 Hyundai Dry Van Trailer Vin: X7037: $11,000**<br>**2013 Hyundai Utility Dry Van Trailer Vin: X6514: $11,000** | | **Debtor's Opinion of Valu** | **$110,000.00** |
| 47.33. | **2009 INTL Tractor Vin X4962** | | **Debtor's Opinion of Valu** | **$15,000.00** |
| 47.34. | **2009 INTL Tractor Vin X2225** | | **Debtor's Opinion of Valu** | **$15,000.00** |
| 47.35. | **2007 FRGHT Tractor Vin X3519** | | **Debtor's Opinion of Valu** | **$13,000.00** |
| 47.36. | **2007 FRGHT Tractor Vin X3526** | | **Debtor's Opinion of Valu** | **$13,000.00** |
| 47.37. | **2007 FRGHT Tractor Vin X1278** | | **Debtor's Opinion of Valu** | **$13,000.00** |
| 47.38. | **2007 FRGHT Tractor Vin X1505** | | **Debtor's Opinion of Valu** | **$13,000.00** |
| 47.39. | **2007 FRGHT Tractor Vin X5445** | | **Debtor's Opinion of Valu** | **$12,000.00** |
| 47.40. | **2007 FRGHT Tractor Vin X8343** | | **Debtor's Opinion of Valu** | **$15,000.00** |
| 47.41. | **2007 FRGHT Tractor Vin X1797** | | **Debtor's Opinion of Valu** | **$13,000.00** |
| 47.42. | **2007 INTL Tractor Vin X3623** | | **Debtor's Opinion of Valu** | **$12,500.00** |
| 47.43. | **2003 Wabash Van Trailer Vin X1622** | | **Debtor's Opinion of Valu** | **$6,000.00** |
| 47.44. | **2007 Great Dane Van Trailer Vin X7360** | | **Debtor's Opinion of Valu** | **$7,000.00** |
| 47.45. | **2003 Wabash Van Trailer Vin X3049** | | **Debtor's Opinion of Valu** | **$6,000.00** |
| 47.46. | **2003 Wabash Van Trailer Vin X3042** | | **Debtor's Opinion of Valu** | **$6,000.00** |
| 47.47. | **1998 Great Dane Van Trailer Vin X6414** | | **Debtor's Opinion of Valu** | **$4,000.00** |
| 47.48. | **1997 Great Dane Van Trailer Vin X2432** | | **Debtor's Opinion of Valu** | **$4,000.00** |
| 47.49. | **2007 Utility Reefer Trailer Vin X8124** | | **Debtor's Opinion of Valu** | **$10,000.00** |
| 47.50. | **2007 Utility Reefer Trailer Vin X8036** | | **Debtor's Opinion of Valu** | **$10,000.00** |
| 47.51. | **2006 Utility Reefer Trailer Vin X8926** | | **Debtor's Opinion of Valu** | **$10,000.00** |

Debtor **Lackner Rodriguez Enterprises, LLC**                  Case number (if known) _____
           Name

| | | | |
|---|---|---|---|
| 47.52. | **2007 Utility Reefer Trailer Vin X8146** | Debtor's Opinion of Valu | **$11,000.00** |
| 47.53. | **2006 Utility Reefer Trailer Vin X9011** | Debtor's Opinion of Valu | **$10,000.00** |
| 47.54. | **2007 Utility Reefer Trailer Vin X8102** | Debtor's Opinion of Valu | **$11,000.00** |
| 47.55. | **2007 Utility Reefer Trailer Vin X8158** | Debtor's Opinion of Valu | **$11,000.00** |
| 47.56. | **2006 Utility Reefer Trailer Vin X6909** | Debtor's Opinion of Valu | **$10,000.00** |
| 47.57. | **2006 Utility Reefer Trailer Vin X9040** | Debtor's Opinion of Valu | **$11,000.00** |
| 47.58. | **2008 Utility Reefer Trailer Vin X7408** | Debtor's Opinion of Valu | **$15,000.00** |
| 47.59. | **2008 Utility Reefer Trailer Vin X7412** | Debtor's Opinion of Valu | **$15,000.00** |
| 47.60. | **2008 Utility Reefer Trailer Vin X8218** | Debtor's Opinion of Valu | **$15,000.00** |
| 47.61. | **2008 Utility Reefer Trailer Vin X8207** | Debtor's Opinion of Valu | **$15,000.00** |
| 47.62. | **2008 Utility Reefer Trailer Vin X7417** | Debtor's Opinion of Valu | **$15,000.00** |
| 47.63. | **2008 Utility Reefer Trailer Vin X7420** | Debtor's Opinion of Valu | **$15,000.00** |
| 47.64. | **2008 Utility Reefer Trailer Vin X7407** | Debtor's Opinion of Valu | **$15,000.00** |
| 47.65. | **2005 Utility Reefer Trailer Vin X8809** | Debtor's Opinion of Valu | **$10,000.00** |
| 47.66. | **2005 Utility Reefer Trailer Vin X8810** | Debtor's Opinion of Valu | **$10,000.00** |
| 47.67. | **2007 Great Dane Reefer Trailer Vin X3647** | Debtor's Opinion of Valu | **$11,000.00** |
| 47.68. | **2016 Hyundai Van Trailer Vin X8168** | Debtor's Opinion of Valu | **$20,000.00** |
| 47.69. | **2007 Great Dane Van Trailer Vin X0556** | Debtor's Opinion of Valu | **$7,500.00** |
| 47.70. | **2017 Toyota Sienna** | Debtor's Opinion of Valu | **$25,000.00** |
| 47.71. | **2015 Volkswagen Passat** | Debtor's Opinion of Valu | **$15,000.00** |
| 47.72. | **2017 Ford F-150** | Debtor's Opinion of Valu | **$25,000.00** |

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats
     trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm
     machinery and equipment)**

     **wheel balancer $2000
     welding equipment $500
     2 compressors $2000
     2 generators $1000
     assorted tools $600**                                    Debtor's Opinion of Valu          **$6,100.00**

51.  **Total of Part 8.**
     Add lines 47 through 50.  Copy the total to line 87.                          **$5,168,600.00**

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☑ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

Debtor    **Lackner Rodriguez Enterprises, LLC**                                    Case number (if known) _____
          Name

## Part 9:   Real property

**54.   Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|

**56.   Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.          **$0.00**

**57.   Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

**58.   Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 10:   Intangibles and Intellectual Property

**59.   Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.   Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.   Internet domain names and websites** | | | |
| **62.   Licenses, franchises, and royalties** | | | |
| **63.   Customer lists, mailing lists, or other compilations** | | | |
| **64.   Other intangibles, or intellectual property** | | | |
| **65.   Goodwill** | | | |

**66.   Total of Part 10.**

Add lines 60 through 65.  Copy the total to line 89.          **$0.00**

**67.   Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☐ Yes

**68.   Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

**69.   Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor   **Lackner Rodriguez Enterprises, LLC**                    Case number (if known) _____
          Name

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ☑ Yes.  Fill in the information below.

                                                                          **Current value of
                                                                          debtor's interest**

71. **Notes receivable**

    Description (include name of obligor)

    **Purchase agreement note between Debtor and
    Julian Pena for 2007 FRGHT Tractor Vin X3519**

| **Balance owed: $3,290.61** | **$3,290.61** – | $0.00 = → | **$3,290.61** |
|---|---|---|---|
| | Total face amount | doubtful or uncollectible amount | |

    **Purchase agreement note between Debtor and
    Daniel Balderas for 2007 FRGHT Tractor Vin
    X1505**

| **Balance owed: $19,667.76** | **$19,667.76** – | $0.00 = → | **$19,667.76** |
|---|---|---|---|
| | Total face amount | doubtful or uncollectible amount | |

    **Purchase agreement note between Debtor and
    Jose Santos Covarrubias for 2009 INTL Tractor
    Vin X4962**

| **Balance owed: $13,906.25** | **$13,906.25** – | $0.00 = → | **$13,906.25** |
|---|---|---|---|
| | Total face amount | doubtful or uncollectible amount | |

    **Purchase agreement note between Debtor and
    Martin Zuniga for 2006 PTRB Tractor Vin: X2869**

| **Balance owed: $10,653.00** | **$10,653.00** – | $0.00 = → | **$10,653.00** |
|---|---|---|---|
| | Total face amount | doubtful or uncollectible amount | |

    **Purchase agreement note between Debtor and
    Jose A. Rodriguez for 2007 INTL Tractor Vin
    X3623**

| **Balance owed: $7,500.00** | **$7,500.00** – | $0.00 = → | **$7,500.00** |
|---|---|---|---|
| | Total face amount | doubtful or uncollectible amount | |

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature,
    including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
    Add lines 71 through 77.  Copy the total to line 90.                    | **$55,017.62** |

Debtor   **Lackner Rodriguez Enterprises, LLC**                                 Case number (if known) _____
         Name

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.  **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$15,000.00** | |
| 81.  **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82.  **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83.  **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84.  **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85.  **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86.  **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$5,405.00** | |
| 87.  **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$5,168,600.00** | |
| 88.  **Real property.** *Copy line 56, Part 9* ............................................. ➔ | | **$0.00** |
| 89.  **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90.  **All other assets.** *Copy line 78, Part 11.* | + **$55,017.62** | |
| 91.  **Total.**  Add lines 80 through 90 for each column.   91a. | **$5,244,022.62** | + 91b. **$0.00** |

92.  **Total of all property on Schedule A/B.**   Lines 91a + 91b = 92 ..................................................................   **$5,244,022.62**

**Fill in this information to identify the case:**

Debtor name   **Lackner Rodriguez Enterprises, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
   amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property
**12/15**

Be as complete and accurate as possible.

1.   **Do any creditors have claims secured by debtor's property?**

☐   No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑   Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.   **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* <br> **Amount of claim** <br> Do not deduct the value of collateral. | *Column B* <br> **Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1**  Creditor's name
**Advantage Funding**

Creditor's mailing address
**3 Dakota Drive, Suite 210**

_____

**Lake Success       NY    11042**

Creditor's email address, if known

_____

Date debt was incurred   **09/07/2017**

Last 4 digits of account
number          **7   6   8   9**

Do multiple creditors have an interest in
the same property?

☑  No

☐  Yes. Specify each creditor, including this
   creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

**2012 Utility Reefer Trailer Vin: X5918: $ 2012 Uti**

**Describe the lien**

**Security Agreement**

**Is the creditor an insider or related party?**

☑  No

☐  Yes

**Is anyone else liable on this claim?**

☑  No

☐  Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐  Contingent

☐  Unliquidated

☐  Disputed

| | |
| --- | --- |
| $52,656.00 | $50,000.00 |

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$5,317,992.10

Debtor   **Lackner Rodriguez Enterprises, LLC**                    Case number (if known) _____

| Part 1: | Additional Page | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

**2.2**  Creditor's name
**BMO Harris Bank NA**

Creditor's mailing address
**3925 Fountains Blvd NE**

_____

**Cedar Rapids         IA    52411**

Creditor's email address, if known

_____

Date debt was incurred      **08/10/2016**

Last 4 digits of account
number                **0   0   0   1**

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
          relative priority?

  ☐ No.  Specify each creditor, including this
          creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is
           specified on lines _____

Describe debtor's property that is
subject to a lien                                    **$110,024.56**            **$60,000.00**

**2016 International Prostar Tractor Vin: X0812: $ 2**

Describe the lien

**Security Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.3**  Creditor's name
**BMO Harris Bank NA**

Creditor's mailing address
**3925 Fountains Blvd NE**

_____

**Cedar Rapids         IA    52411**

Creditor's email address, if known

_____

Date debt was incurred      **05/10/2017**

Last 4 digits of account
number                **4   0   0   1**

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
          relative priority?

  ☐ No.  Specify each creditor, including this
          creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is
           specified on lines _____

Describe debtor's property that is
subject to a lien                                    **$154,411.79**           **$140,000.00**

**2018 International LT62F Tractor Vin: X8548: $ 201**

Describe the lien

**Security Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | **Lackner Rodriguez Enterprises, LLC** | Case number (if known) | |

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.4** | **Creditor's name**
**BMO Harris Bank NA**

**Describe debtor's property that is
subject to a lien**

$245,177.24    $180,000.00

**Creditor's mailing address**
**3925 Fountains Blvd NE**

**2018 Kenworth T680 Tractor Vin: X9950: $ 2018 Kenw**

**Describe the lien**

**Security Agreement**

**Cedar Rapids        IA    52411**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred    11/10/2017**

**Last 4 digits of account
number    8  0  0  1**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in
the same property?**

☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

**2.5** | **Creditor's name**
**BMO Harris Bank NA**

**Describe debtor's property that is
subject to a lien**

$269,544.31    $160,000.00

**Creditor's mailing address**
**3925 Fountains Blvd NE**

**2018 Volvo VNL Tractor Vin: X7743: $ 2018 Volvo VN**

**Describe the lien**

**Security Agreement**

**Cedar Rapids        IA    52411**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred    03/10/2018**

**Last 4 digits of account
number    5  0  0  1**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in
the same property?**

☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

Debtor   **Lackner Rodriguez Enterprises, LLC** _____   Case number (if known) _____

| **Part 1:** | **Additional Page** | | **Column A** **Amount of claim** Do not deduct the value of collateral. | **Column B** **Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.6**  Creditor's name
**BMO Harris Bank NA**

Creditor's mailing address
**3925 Fountains Blvd NE**

_____

**Cedar Rapids          IA      52411**

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account
number          **4    0    0    1**

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien          **$165,529.21**          **$110,000.00**

**2019 Kenworth T680 Tractor Vin: X0194: $**

Describe the lien

**Security Agreement**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**2.7**  Creditor's name
**Brownsville Toyota**

Creditor's mailing address
**6750 N. Expressway 77/83**

_____

**Brownsville          TX      78526**

Creditor's email address, if known

_____

Date debt was incurred  **04/29/2017**

Last 4 digits of account
number          **5    4    4    4**

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien          **$25,021.70**          **$25,000.00**

**2017 Toyota Sienna**

Describe the lien

**Security Agreement**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor   **Lackner Rodriguez Enterprises, LLC**          Case number (if known) _____

| **Part 1:**   **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

---

**2.8**  Creditor's name
**Brownsville Toyota**

Creditor's mailing address
**6750 N. Expressway 77/83**

_____

_____

**Brownsville          TX     78526**

Creditor's email address, if known

_____

Date debt was incurred     **09/16/2017**

Last 4 digits of account
number                          **8    8    6    7**

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien
**2017 Ford F-150**

Describe the lien
**Security Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

|  | $25,279.26 | $25,000.00 |
|---|---|---|

---

**2.9**  Creditor's name
**Cameron County Tax Assessor**

Creditor's mailing address
**PO Box 952**

_____

**Brownsville          TX     78520**

Creditor's email address, if known

_____

Date debt was incurred     _____

Last 4 digits of account
number                          **3    5    0    0**

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien
**INV, FURN, FIXT, MACH & EQPT,VEH**

Describe the lien
**Taxes**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

|  | $20,880.10 | $817,979.00 |
|---|---|---|

**2019 Property Taxes**

---

| Debtor | **Lackner Rodriguez Enterprises, LLC** | Case number (if known) |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

**2.10**

**Creditor's name**
**International Bank of Commerce**

**Describe debtor's property that is subject to a lien**

**2013 Great Dane Trailer Vin: X9577: $ 2013 Great D**

$128,101.02     $230,000.00

**Creditor's mailing address**
**1600 FM 802**

**Describe the lien**

**Security Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Brownsville          TX    78522**

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred      05/13/2018**

**Last 4 digits of account number           7   0   8   0**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

---

**2.11**

**Creditor's name**
**International Bank of Commerce**

**Describe debtor's property that is subject to a lien**

**2019 Utility Trailer Vin: X0124: $ 2019 Utility Tr**

$228,780.13     $315,000.00

**Creditor's mailing address**
**1600 FM 802**

**Describe the lien**

**Security Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Brownsville          TX    78522**

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred      09/08/2018**

**Last 4 digits of account number           5   1   5   3**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

Debtor   **Lackner Rodriguez Enterprises, LLC**                                        Case number (if known)

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.12**

**Creditor's name**
**International Bank of Commerce**

**Creditor's mailing address**
**1600 FM 802**

_____

_____

**Brownsville          TX     78522**

**Creditor's email address, if known**

_____

Date debt was incurred   **12/13/2018**

Last 4 digits of account
number        **6   5   9   1**

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
         relative priority?

   ☐ No.  Specify each creditor, including this
          creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
           specified on lines _____

**Describe debtor's property that is subject to a lien**

**2004 Stoughton Trailer Vin: X1214: $**

**Describe the lien**

**Security Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| $1,673.56 | $6,000.00 |

**2.13**

**Creditor's name**
**International Bank of Commerce**

**Creditor's mailing address**
**1600 FM 802**

_____

_____

**Brownsville          TX     78522**

**Creditor's email address, if known**

_____

Date debt was incurred   **02/05/2019**

Last 4 digits of account
number        **7   1   0   5**

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
         relative priority?

   ☐ No.  Specify each creditor, including this
          creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
           specified on lines _____

**Describe debtor's property that is subject to a lien**

**2007 Mana Trailer Vin: X4738: $**

**Describe the lien**

**Security Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| $3,004.01 | $7,000.00 |

Debtor  **Lackner Rodriguez Enterprises, LLC** _____  Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

---

**2.14**

Creditor's name
**Simmons Bank**

Creditor's mailing address
**PO Box 7009**

_____

_____

**Pine Bluff              AR     71611**

Creditor's email address, if known

_____

Date debt was incurred    **12/14/2018**

Last 4 digits of account
number              **8   4   8   7**

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien

**2019 Kenworth T680 Tractor Vin: X2207: $ 2019 Kenw**

Describe the lien

**Security Agreement**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$679,035.89**          **$550,000.00**

---

**2.15**

Creditor's name
**Simmons Bank**

Creditor's mailing address
**PO Box 7009**

_____

_____

**Pine Bluff              AR     71611**

Creditor's email address, if known

_____

Date debt was incurred    **01/22/2019**

Last 4 digits of account
number              **7   9   7   4**

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien

**2019 Kenworth T680 Tractor Vin: X0192: $ 2019 Kenw**

Describe the lien

**Security Agreement**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$276,226.98**          **$220,000.00**

---

Debtor   **Lackner Rodriguez Enterprises, LLC**                                                    Case number (if known)

| **Part 1:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

|  | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
| --- | --- | --- |

**2.16**   Creditor's name
**Triumph Commercial Finance**

Creditor's mailing address
**12700 Park Central Drive, Suite 1700**

**Dallas**               **TX**    **75251**

Creditor's email address, if known

Date debt was incurred      **06/06/2018**

Last 4 digits of account
number                   **8   0   8   9**

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes.  Have you already specified the
         relative priority?

   ☐ No.  Specify each creditor, including this
           creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
            specified on lines _____

**Describe debtor's property that is
subject to a lien**                                    **$113,428.40**        **$110,000.00**

**2019 Kenworth T680 Tractor Vin: X1053: $**

**Describe the lien**

**Security Agreement**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.17**   Creditor's name
**Triumph Commercial Finance**

Creditor's mailing address
**12700 Park Central Drive, Suite 1700**

**Dallas**               **TX**    **75251**

Creditor's email address, if known

Date debt was incurred      **07/20/2018**

Last 4 digits of account
number                   **8   2   7   9**

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes.  Have you already specified the
         relative priority?

   ☐ No.  Specify each creditor, including this
           creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
            specified on lines _____

**Describe debtor's property that is
subject to a lien**                                    **$115,621.20**        **$110,000.00**

**2019 Kenworth T680 Tractor Vin: X3587: $**

**Describe the lien**

**Security Agreement**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | **Lackner Rodriguez Enterprises, LLC** | Case number (if known) | |

| **Part 1:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.18**

| Creditor's name<br>**Triumph Commercial Finance** | Describe debtor's property that is subject to a lien | $611,300.29 | $550,000.00 |
|---|---|---|---|

Creditor's mailing address
**12700 Park Central Drive, Suite 1700**

**2019 Kenworth T680 Tractor Vin: X0558: $ 2019 Kenw**

Describe the lien

**Security Agreement**

**Dallas              TX    75251**

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred    **09/10/2018**

Last 4 digits of account number                    **8    4    8    1**

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.19**

| Creditor's name<br>**Triumph Commercial Finance** | Describe debtor's property that is subject to a lien | $604,469.45 | $550,000.00 |
|---|---|---|---|

Creditor's mailing address
**12700 Park Central Drive, Suite 1700**

**2019 Kenworth T680 Tractor Vin: X0546: $ 2019 Kenw**

Describe the lien

**Security Agreement**

**Dallas              TX    75251**

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred    **09/20/2018**

Last 4 digits of account number                    **8    4    9    9**

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

11/06/2019 01:53:25pm

Debtor  **Lackner Rodriguez Enterprises, LLC**                    Case number (if known)

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|

**2.20**

**Creditor's name**
**Triumph Commercial Finance**

**Creditor's mailing address**
**12700 Park Central Drive, Suite 1700**

_____

_____

**Dallas                TX    75251**

**Creditor's email address, if known**

_____

Date debt was incurred    **09/15/2017**

Last 4 digits of account
number                    **7    4    3    9**

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
   creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
   specified on lines _____

**Describe debtor's property that is
subject to a lien**
**2011 Utility Reefer Trailer Vin: X3201: $**

**Describe the lien**
**Security Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$8,939.10**    Value of collateral: **$9,500.00**

**2.21**

**Creditor's name**
**Triumph Commercial Finance**

**Creditor's mailing address**
**12700 Park Central Drive, Suite 1700**

_____

_____

**Dallas                TX    75251**

**Creditor's email address, if known**

_____

Date debt was incurred    **07/06/2018**

Last 4 digits of account
number                    **8    1    9    1**

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
   creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
   specified on lines _____

**Describe debtor's property that is
subject to a lien**
**2008 Utility Dry Van Trailer Vin: X5919: $ 2008 Gr**

**Describe the lien**
**Security Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$46,025.24**    Value of collateral: **$91,000.00**

Debtor   **Lackner Rodriguez Enterprises, LLC**                              Case number (if known)

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.22** Creditor's name
**Triumph Commercial Finance**

Creditor's mailing address
**12700 Park Central Drive, Suite 1700**

**Dallas           TX   75251**

Creditor's email address, if known

Date debt was incurred   **01/14/2019**

Last 4 digits of account
number            **9   4   3   9**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**                    **$57,733.10**        **$54,000.00**

**2020 Great Dane Dry Van Trailer Vin: X1049: $ 2020**

**Describe the lien**

**Security Agreement**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.23** Creditor's name
**Triumph Commercial Finance**

Creditor's mailing address
**12700 Park Central Drive, Suite 1700**

**Dallas           TX   75251**

Creditor's email address, if known

Date debt was incurred   **01/17/2019**

Last 4 digits of account
number            **9   4   9   5**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**                    **$57,713.26**        **$54,000.00**

**2020 Great Dane Dry Van Trailer Vin: X1052: $ 2020**

**Describe the lien**

**Security Agreement**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor   **Lackner Rodriguez Enterprises, LLC**                     Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.24**

Creditor's name
**Triumph Commercial Finance**

Creditor's mailing address
**12700 Park Central Drive, Suite 1700**

_____

_____

**Dallas                    TX    75251**

Creditor's email address, if known

_____

Date debt was incurred     **01/07/2019**

Last 4 digits of account
number                     **9    4    1    5**

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
    relative priority?

    ☐ No.  Specify each creditor, including this
    creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
    specified on lines _____

Describe debtor's property that is
subject to a lien

**2020 Great Dane Dry Van Trailer Vin: X1047: $ 2020**

Describe the lien

**Security Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$57,820.65**              **$54,000.00**

---

**2.25**

Creditor's name
**Triumph Commercial Finance**

Creditor's mailing address
**12700 Park Central Drive, Suite 1700**

_____

**Dallas                    TX    75251**

Creditor's email address, if known

_____

Date debt was incurred     **01/30/2019**

Last 4 digits of account
number                     **9    5    6    9**

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
    relative priority?

    ☐ No.  Specify each creditor, including this
    creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
    specified on lines _____

Describe debtor's property that is
subject to a lien

**2020 Great Dane Dry Van Trailer Vin: X1051: $ 2020**

Describe the lien

**Security Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$57,700.54**              **$54,000.00**

| Debtor | **Lackner Rodriguez Enterprises, LLC** | Case number (if known) |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|

**2.26**

**Creditor's name**
**Triumph Commercial Finance**

**Creditor's mailing address**
**12700 Park Central Drive, Suite 1700**

**Dallas                    TX    75251**

**Creditor's email address, if known**

Date debt was incurred        **02/06/2019**

Last 4 digits of account
number                  **9   6   1   5**

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
        relative priority?

   ☐ No.  Specify each creditor, including this
           creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
           specified on lines _____

**Describe debtor's property that is
subject to a lien**

**2020 Great Dane Dry Van Trailer Vin: X1054: $ 2020**

**Describe the lien**

**Security Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$57,619.02   |   $54,000.00

**2.27**

**Creditor's name**
**Triumph Commercial Finance**

**Creditor's mailing address**
**12700 Park Central Drive, Suite 1700**

**Dallas                    TX    75251**

**Creditor's email address, if known**

Date debt was incurred        **02/25/2019**

Last 4 digits of account
number                  **9   7   0   9**

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
        relative priority?

   ☐ No.  Specify each creditor, including this
           creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
           specified on lines _____

**Describe debtor's property that is
subject to a lien**

**2020 Great Dane Dry Van Trailer Vin: X1056: $ 2020**

**Describe the lien**

**Security Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$58,890.75   |   $54,000.00

11/06/2019 01:53:25pm

| Debtor | **Lackner Rodriguez Enterprises, LLC** | Case number (if known) | _____ |

| **Part 1:** | **Additional Page** | | **Column A**<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports**<br>**this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.28** | Creditor's name
**Triumph Commercial Finance**

Creditor's mailing address
**12700 Park Central Drive, Suite 1700**

_____

**Dallas                    TX    75251**

Creditor's email address, if known

_____

Date debt was incurred        **03/06/2019**

Last 4 digits of account
number              **9    7    6    1**

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

  ☐ No.  Specify each creditor, including this
  creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is
  specified on lines _____

Describe debtor's property that is
subject to a lien                                                        **$58,539.23**           **$54,000.00**

**2020 Great Dane Dry Van Trailer Vin: X1060: $ 2020**

Describe the lien

**Security Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.29** | Creditor's name
**Triumph Commercial Finance**

Creditor's mailing address
**12700 Park Central Drive, Suite 1700**

_____

**Dallas                    TX    75251**

Creditor's email address, if known

_____

Date debt was incurred        **03/27/2019**

Last 4 digits of account
number              **9    8    8    1**

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

  ☐ No.  Specify each creditor, including this
  creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is
  specified on lines _____

Describe debtor's property that is
subject to a lien                                                        **$59,494.11**           **$54,000.00**

**2020 Great Dane Dry Van Trailer Vin: X1062: $ 2020**

Describe the lien

**Security Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

11/06/2019 01:53:25pm

| Debtor | **Lackner Rodriguez Enterprises, LLC** | Case number (if known) |

| **Part 1:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | *Column B*<br>**Value of collateral<br>that supports<br>this claim** |
| --- | --- | --- |

**2.30**

| Creditor's name<br>**Triumph Commercial Finance** | Describe debtor's property that is<br>subject to a lien | $59,494.32 | $54,000.00 |

Creditor's mailing address
**12700 Park Central Drive, Suite 1700**

**2020 Great Dane Dry Van Trailer Vin: X1064: $ 2020**

Describe the lien

**Security Agreement**

Is the creditor an insider or related party?

- ☑ No
- ☐ Yes

**Dallas                    TX    75251**

Creditor's email address, if known

Is anyone else liable on this claim?

- ☑ No
- ☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred        **03/27/2019**

Last 4 digits of account
number              **9    8    9    5**

As of the petition filing date, the claim is:
Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Do multiple creditors have an interest in
the same property?

- ☑ No
- ☐ Yes.  Have you already specified the
      relative priority?

    - ☐ No.  Specify each creditor, including this
          creditor, and its relative priority.

    - ☐ Yes.  The relative priority of creditors is
          specified on lines _____

**2.31**

| Creditor's name<br>**Utility Trailers Sales SE Texas, Inc.** | Describe debtor's property that is<br>subject to a lien | $110,829.22 | $128,000.00 |

Creditor's mailing address
**11411 Wallisville Rd**

**2004 Utility Trailer Vin: X2902: $ 2006 VA Trailer**

Describe the lien

**Security Agreement**

Is the creditor an insider or related party?

- ☑ No
- ☐ Yes

**Houston                TX    77013**

Creditor's email address, if known

Is anyone else liable on this claim?

- ☑ No
- ☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred        **03/14/2018**

Last 4 digits of account
number              **1    2    3    D**

As of the petition filing date, the claim is:
Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Do multiple creditors have an interest in
the same property?

- ☑ No
- ☐ Yes.  Have you already specified the
      relative priority?

    - ☐ No.  Specify each creditor, including this
          creditor, and its relative priority.

    - ☐ Yes.  The relative priority of creditors is
          specified on lines _____

Debtor    **Lackner Rodriguez Enterprises, LLC**                              Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.32**  Creditor's name
**Volkswagon Credit**

Creditor's mailing address
**PO Box 5215**

_____

_____

**Carol Stream          IL       60197**

Creditor's email address, if known

_____

Date debt was incurred      **09/01/2014**

Last 4 digits of account
number                **9   4   5   4**

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
            relative priority?

        ☐ No.  Specify each creditor, including this
                    creditor, and its relative priority.

        ☐ Yes.  The relative priority of creditors is
                    specified on lines _____

Describe debtor's property that is
subject to a lien                                                **$4,304.14**        **$15,000.00**

**2015 Volkswagen Passat**

Describe the lien

**Security Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.33**  Creditor's name
**Volvo Financial Services**

Creditor's mailing address
**PO Box 26131**

_____

_____

**Greensboro          NC    27402**

Creditor's email address, if known

_____

Date debt was incurred      **02/22/2018**

Last 4 digits of account
number                **5   0   0   1**

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
            relative priority?

        ☐ No.  Specify each creditor, including this
                    creditor, and its relative priority.

        ☐ Yes.  The relative priority of creditors is
                    specified on lines _____

Describe debtor's property that is
subject to a lien                                              **$238,770.59**        **$160,000.00**

**2018 Volvo Tractor Vin: X9468: $ 2018 Volvo Tracto**

Describe the lien

**Security Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | **Lackner Rodriguez Enterprises, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 1:** | **Additional Page** | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

---

**2.34**

**Creditor's name**
**Volvo Financial Services**

**Creditor's mailing address**
**PO Box 26131**

**Greensboro          NC    27402**

**Creditor's email address, if known**

Date debt was incurred     **05/24/2018**

Last 4 digits of account
number                    **5   0   0   2**

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes.  Have you already specified the
relative priority?

　☐ No.  Specify each creditor, including this
creditor, and its relative priority.

　☐ Yes.  The relative priority of creditors is
specified on lines _____

**Describe debtor's property that is
subject to a lien**

**2018 Volvo Tractor Vin: X9414: $ 2018 Volvo Tracto**

**Describe the lien**

**Security Agreement**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$230,674.04**          **$160,000.00**

---

**2.35**

**Creditor's name**
**Wells Fargo**

**Creditor's mailing address**
**PO Box 3072**

**Cedar Rapids         IA    52406**

**Creditor's email address, if known**

Date debt was incurred     **10/27/2017**

Last 4 digits of account
number                    **1   7   0   0**

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes.  Have you already specified the
relative priority?

　☐ No.  Specify each creditor, including this
creditor, and its relative priority.

　☐ Yes.  The relative priority of creditors is
specified on lines _____

**Describe debtor's property that is
subject to a lien**

**2018 Kenworth T680 Tractor Vin: X3584: $ 2018 Kenw**

**Describe the lien**

**Security Agreement**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$239,330.57**          **$180,000.00**

---

Debtor   **Lackner Rodriguez Enterprises, LLC**                          Case number (if known) _____

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | *Column B*<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|

**2.36**   Creditor's name
**Wells Fargo**

Creditor's mailing address
**PO Box 3072**

_____

_____

**Cedar Rapids        IA      52406**

Creditor's email address, if known

_____

Date debt was incurred     **01/30/2018**

Last 4 digits of account
number                          **1    7    0    1**

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

**Describe debtor's property that is
subject to a lien**                                    **$83,949.12**          **$110,000.00**

**2012 Wabash Dry Van Trailer Vin: X3851: $11,000 20**

**Describe the lien**

**Security Agreement**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td><strong>Lackner Rodriguez Enterprises, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>SOUTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐  No. Go to Part 2.
☑  Yes. Go to line 2.

2.    List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
      If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,717.00 | $21,717.00 |

**Law Office of Enrique J Solana**

**914 E. Van Buren St**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Brownsville              TX      78520**

Basis for the claim:
**Attorney Fees**

Date or dates debt was incurred
**11/05/2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account
number       ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( _____ )    **Attorney Fees**

Debtor  **Lackner Rodriguez Enterprises, LLC**                          Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| **3.1** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$102,508.76** |

**American Express**

**PO Box 297879**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
credit card purchases

**Fort Lauderdale**          FL      33329

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      **4   0   0   9**

---

| **3.2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,421.36** |

**American Trailer & Storage**

**8229 Hall Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Lease of trailers

**Saint Louis**          MO      63147

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

---

| **3.3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,609.76** |

**BBVA Compass**

**PO Box 830696**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Birmingham**          AL      35283

Date or dates debt was incurred     06/01/2019

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      **3   4   9   1**

---

| **3.4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,889.21** |

**Compass Bank**

**3255 Boca Chica Blvd**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Brownsville**          TX      78521

Date or dates debt was incurred     08/14/2019

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      **5   5   8   7**

---

Debtor   **Lackner Rodriguez Enterprises, LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,720.00** |
|---|---|---|---|

Javier Campos
La Mora #103
Jardines de Santiago

☐ Contingent
☐ Unliquidated
☐ Disputed

Santiago NL            MX    67313

**Basis for the claim:**
Loan

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,697.41** |
|---|---|---|---|

Juan Francisco Salazar
2121 Andrea Ave

☐ Contingent
☐ Unliquidated
☐ Disputed

Edinburg               TX    78539

**Basis for the claim:**
Loan

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$86,851.30** |
|---|---|---|---|

LoanBuilder
c/o Swift Financial, LLC
3505 Silverside Rd

☑ Contingent
☑ Unliquidated
☑ Disputed

Wilmington             DE    19810

**Basis for the claim:**
Loan

Date or dates debt was incurred   08/14/2019

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48,877.85** |
|---|---|---|---|

LoanBuilder
c/o Swift Financial, LLC
3505 Silverside Rd

☑ Contingent
☑ Unliquidated
☑ Disputed

Wilmington             DE    19810

**Basis for the claim:**
Loan

Date or dates debt was incurred   09/11/2019

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor   **Lackner Rodriguez Enterprises, LLC**                              Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.9** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Maria Elena Oyervides**

**1509 La Vista Ave**

_____

**McAllen**                    **TX**      **78501**

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Loan**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$10,000.00**

---

| **3.10** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Ulises O. Lackner**

**3747 Magalie Circle**

_____

**Brownsville**                **TX**      **78521**

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

**Insider Loan to Debtor**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Insider Loan**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$243,282.38**

---

| **3.11** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Ulises O. Lackner**

**3747 Magalie Circle**

_____

**Brownsville**                **TX**      **78521**

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

**Insider Loan to Debtor**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Insider Loan**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$7,000.00**

Debtor  **Lackner Rodriguez Enterprises, LLC**                    Case number (if known) _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be
    listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages
    are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1  **Internal Revenue Service** | Line _____ | **2  2  3  7** |
| **Special Procedures** | ☑ Not listed.  Explain: | |
| **300 E. 8th St; Stop 6610 AUS** | **Taxes** | |
| **Austin            TX      78701** | | |

Debtor   **Lackner Rodriguez Enterprises, LLC**                          Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|--------------------------------------------------------------|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|--|--|------------------------|
| 5a. | **Total claims from Part 1** | 5a.  $21,717.00 |
| 5b. | **Total claims from Part 2** | 5b. **+**  $558,858.03 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.  $580,575.03 |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Lackner Rodriguez Enterprises, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>SOUTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td>Chapter <strong>11</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Lease of trailers<br>Contract to be REJECTED | American Trailer & Storage<br>8229 Hall Street |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Saint Louis          MO     63147 |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Purchase agreement note between Debtor and Daniel Balderas for 2007 FRGHT Tractor Vin X1505<br><br>Balance owed: $19,667.76<br>Contract to be ASSUMED | Daniel Balderas<br>2073 Camargo St |
|---|---|---|---|
| | State the term remaining | | Brownsville          TX     78526 |
| | List the contract number of any government contract | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Purchase agreement note between Debtor and Jose A. Rodriguez for 2007 INTL Tractor Vin X3623<br><br>Balance owed: $7,500.00<br>Contract to be ASSUMED | Jose A. Rodriguez<br>1315 S. 19th ST |
|---|---|---|---|
| | State the term remaining | | McAllen          TX     78501 |
| | List the contract number of any government contract | | |

Debtor **Lackner Rodriguez Enterprises, LLC**  Case number (if known) _____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Purchase agreement note between Debtor and Jose Santos Covarrubias for 2009 INTL Tractor Vin X4962 | Jose Santos Covarrubias |
|---|---|---|---|
| | | | 1030 N. Indiana Ave |
| | | Balance owed: $13,906.25 Contract to be ASSUMED | |
| | State the term remaining | | Brownsville    TX    78521 |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Purchase agreement note between Debtor and Julian Pena for 2007 FRGHT Tractor Vin X3519 | Julian Pena |
|---|---|---|---|
| | | | 3221 Willington Ct |
| | | Balance owed: $3,290.61 Contract to be ASSUMED | |
| | State the term remaining | | Brownsville    TX    78526 |
| | List the contract number of any government contract | | |

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Purchase agreement note between Debtor and Martin Zuniga for 2006 PTRB Tractor Vin: X2869 | Martin Zuniga |
|---|---|---|---|
| | | | 734 Highland Pine |
| | | Balance owed: $10,653.00 Contract to be ASSUMED | |
| | State the term remaining | | Brownsville    TX    78526 |
| | List the contract number of any government contract | | |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Lackner Rodriguez Enterprises, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>SOUTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors                                                     12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

**1.   Does the debtor have any codebtors?**

☐   No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

☒   Yes

**2.   In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1   Ulises O. Lackner** | **3747 Magalie Circle**<br>Number        Street<br><br><br>**Brownsville**          **TX**   **78521**<br>City                            State   ZIP Code | **Simmons Bank** | ☒  D<br>☐  E/F<br>☐  G |

**Fill in this information to identify the case:**

Debtor Name **Lackner Rodriguez Enterprises, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B................................................................................................. 

   | $0.00 |
   | --- |

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B................................................................................................

   | $5,244,022.62 |
   | --- |

   1c. **Total of all property**
   Copy line 92 from Schedule A/B..................................................................................................

   | $5,244,022.62 |
   | --- |

| Part 2: | Summary of Liabilities |
| --- | --- |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D........................

   | $5,317,992.10 |
   | --- |

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F.............................................................

   | $21,717.00 |
   | --- |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F..................................

   | + $558,858.03 |
   | --- |

4. **Total liabilities**
   Lines 2 + 3a + 3b...................................................................................................................................

   | $5,898,567.13 |
   | --- |

**Fill in this information to identify the case and this filing:**

Debtor Name **Lackner Rodriguez Enterprises, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/06/2019**　　　　X **/s/ Ulises O Lackner**
　　　　　MM / DD / YYYY　　　　　　Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　　**Ulises O Lackner**
　　　　　　　　　　　　　　　　　Printed name

　　　　　　　　　　　　　　　　　**Managing Member**
　　　　　　　　　　　　　　　　　Position or relationship to debtor

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

In re  **Lackner Rodriguez Enterprises, LLC**                    Case No. _____

                                                                 Chapter   **11**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept.................................................Fixed Fee: | **$40,000.00** |
| Prior to the filing of this statement I have received....................................................... | **$18,283.00** |
| Balance Due................................................................................................................ | **$21,717.00** |

2. The source of the compensation paid to me was:

    ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **11/06/2019** | **/s/ Enrique J. Solana** | |
|---|---|---|
| *Date* | *Enrique J. Solana* | Bar No.  24066114 |
| | Law Office of Enrique J Solana | |
| | 914 E. Van Buren St | |
| | Brownsville, TX 78520 | |
| | Phone: (956) 544-2345 / Fax: (956) 550-0641 | |

---

  **/s/ Ulises O Lackner**

***Ulises O Lackner***
***Managing Member***

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Lackner Rodriguez Enterprises, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  Simmons Bank PO Box 7009 Pine Bluff, AR 71611 | | Security Agreement | | $679,035.89 | $550,000.00 | $129,035.89 |
| 2  BMO Harris Bank NA 3925 Fountains Blvd NE Cedar Rapids, IA 52411 | | Security Agreement | | $269,544.31 | $160,000.00 | $109,544.31 |
| 3  American Express PO Box 297879 Fort Lauderdale, FL 33329 | | credit card purchases | | | | $102,508.76 |
| 4  LoanBuilder c/o Swift Financial, LLC 3505 Silverside Rd Wilmington, DE 19810 | | Loan | Contingent Unliquidated Disputed | | | $86,851.30 |
| 5  Volvo Financial Services PO Box 26131 Greensboro, NC 27402 | | Security Agreement | | $238,770.59 | $160,000.00 | $78,770.59 |

11/06/2019 01:53:29pm

| Debtor | **Lackner Rodriguez Enterprises, LLC** | Case number (if known) | |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| 6  Volvo Financial Services PO Box 26131 Greensboro, NC 27402 | | Security Agreement | | $230,674.04 | $160,000.00 | $70,674.04 |
| 7  BMO Harris Bank NA 3925 Fountains Blvd NE Cedar Rapids, IA 52411 | | Security Agreement | | $245,177.24 | $180,000.00 | $65,177.24 |
| 8  Triumph Commercial Finance 12700 Park Central Drive, Suite 1700 Dallas, TX 75251 | | Security Agreement | | $611,300.29 | $550,000.00 | $61,300.29 |
| 9  Wells Fargo PO Box 3072 Cedar Rapids, IA 52406 | | Security Agreement | | $239,330.57 | $180,000.00 | $59,330.57 |
| 10  Simmons Bank PO Box 7009 Pine Bluff, AR 71611 | | Security Agreement | | $276,226.98 | $220,000.00 | $56,226.98 |
| 11  BMO Harris Bank NA 3925 Fountains Blvd NE Cedar Rapids, IA 52411 | | Security Agreement | | $165,529.21 | $110,000.00 | $55,529.21 |
| 12  Triumph Commercial Finance 12700 Park Central Drive, Suite 1700 Dallas, TX 75251 | | Security Agreement | | $604,469.45 | $550,000.00 | $54,469.45 |
| 13  BMO Harris Bank NA 3925 Fountains Blvd NE Cedar Rapids, IA 52411 | | Security Agreement | | $110,024.56 | $60,000.00 | $50,024.56 |

Debtor  **Lackner Rodriguez Enterprises, LLC**                               Case number (if known) _____
        _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14  LoanBuilder c/o Swift Financial, LLC 3505 Silverside Rd Wilmington, DE 19810 | | Loan | Contingent Unliquidated Disputed | | | $48,877.85 |
| 15  BBVA Compass PO Box 830696 Birmingham, AL 35283 | | Loan | | | | $29,609.76 |
| 16  Law Office of Enrique J Solana 914 E. Van Buren St Brownsville, TX 78520 | | Attorney Fees | | | | $21,717.00 |
| 17  BMO Harris Bank NA 3925 Fountains Blvd NE Cedar Rapids, IA 52411 | | Security Agreement | | $154,411.79 | $140,000.00 | $14,411.79 |
| 18  Javier Campos La Mora #103 Jardines de Santiago Santiago NL Mexico 67313 | | Loan | | | | $12,720.00 |
| 19  Compass Bank 3255 Boca Chica Blvd Brownsville, TX 78521 | | Loan | | | | $11,889.21 |
| 20  Maria Elena Oyervides 1509 La Vista Ave McAllen, TX 78501 | | Loan | | | | $10,000.00 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

IN RE:   **Lackner Rodriguez Enterprises, LLC**                              CASE NO

                                                                                                    CHAPTER    **11**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  11/6/2019 _____                    Signature  **/s/ Ulises O Lackner** _____
                                                                                                         ***Ulises O Lackner***
                                                                                                         ***Managing Member***


Date _____                    Signature _____

Advantage Funding
3 Dakota Drive, Suite 210
Lake Success, NY 11042


American Express
PO Box 297879
Fort Lauderdale, FL 33329


American Trailer & Storage
8229 Hall Street
Saint Louis, MO 63147


BBVA Compass
PO Box 830696
Birmingham, AL 35283


BMO Harris Bank NA
3925 Fountains Blvd NE
Cedar Rapids, IA 52411


Brownsville Toyota
6750 N. Expressway 77/83
Brownsville, TX 78526


Cameron County Tax Assessor
PO Box 952
Brownsville, TX 78520


Compass Bank
3255 Boca Chica Blvd
Brownsville, TX 78521


Daniel Balderas
2073 Camargo St
Brownsville, TX 78526

Internal Revenue Service
Special Procedures
300 E. 8th St; Stop 6610 AUS
Austin, TX 78701


International Bank of Commerce
1600 FM 802
Brownsville, TX 78522


Javier Campos
La Mora #103
Jardines de Santiago
Santiago NL Mexico 67313


Jose A. Rodriguez
1315 S. 19th ST
McAllen, TX 78501


Jose Santos Covarrubias
1030 N. Indiana Ave
Brownsville, TX 78521


Juan Francisco Salazar
2121 Andrea Ave
Edinburg, TX 78539


Julian Pena
3221 Willington Ct
Brownsville, TX 78526


Law Office of Enrique J Solana
914 E. Van Buren St
Brownsville, TX 78520


LoanBuilder
c/o Swift Financial, LLC
3505 Silverside Rd
Wilmington, DE 19810

Maria Elena Oyervides
1509 La Vista Ave
McAllen, TX 78501


Martin Zuniga
734 Highland Pine
Brownsville, TX 78526


Simmons Bank
PO Box 7009
Pine Bluff, AR 71611


Triumph Commercial Finance
12700 Park Central Drive, Suite 1700
Dallas, TX 75251


Ulises O. Lackner
3747 Magalie Circle
Brownsville, TX 78521


Utility Trailers Sales SE Texas, Inc.
11411 Wallisville Rd
Houston, TX 77013


Volkswagon Credit
PO Box 5215
Carol Stream, IL 60197


Volvo Financial Services
PO Box 26131
Greensboro, NC 27402


Wells Fargo
PO Box 3072
Cedar Rapids, IA 52406

11/06/2019 01:53:30pm

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

IN RE:                                                    CHAPTER   **11**

**Lackner Rodriguez Enterprises, LLC**


DEBTOR(S)                                              CASE NO


## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Nancy A. Ramos Morales<br>3747 Magalie Circle<br>Brownsville, TX 78521 | | 1% | |
| Ulises O. Lackner<br>3747 Magalie Circle<br>Brownsville, TX 78521 | | 99% | |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____ **Managing Member** _____ of the _____ **Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date:  **11/6/2019** _____          Signature: __ **/s/ Ulises O Lackner** _____

*Ulises O Lackner*
**Managing Member**